UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CAROL S. GOODMAN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ANDREW SAUL, COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant ) | CAUSE NO. 3:19-CV-333 RLM-SLC |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 23]. Accordingly, the court ADOPTS those findings and the recommendation, REVERSES the Commissioner's decision, and REMANDS this case to the Social Security Administration for further proceedings.

SO ORDERED.

ENTERED:   July 1, 2020

/s/ Robert L. Miller, Jr.
Judge
United States District Court